UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | CV 15-149 DSF (AGRx)<br>CV 15-1009 DSF (AGRx)<br>CV 15-2712 DSF (AGRx)<br>CV 15-4859 DSF (AGRx) | Date | 10/30/15 |
|---|---|---|---|
| Title | Ronnie Garcia v. Los Angeles County Metropolitan Transportation Authority, et al.<br>Oudy Thomas Wall, Jr. v. Los Angeles County Metropolitan Transportation Authority, et al.<br>Jessica Romero v. Los Angeles County Metropolitan Transportation Authority, et al.<br>Maria Reyes v. Los Angeles County Metropolitan Transportation Authority, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Cases

These related cases were removed on the basis of federal question jurisdiction. The federal claims were voluntarily dismissed on September 10, 2015. All that remain are supplemental state law claims.

When the federal claim that is the basis for federal question jurisdiction is eliminated from the case, the Court has discretion to retain, dismiss, or remand state law claims over which it has exercised supplemental jurisdiction. Carnegie-Mellon Univ. v. Cohill, 484 U.S. 343, 350-52, 357 (1988); 28 U.S.C. § 1367(c)(3). It should exercise its discretion considering "the values of judicial economy, convenience, fairness, and comity." Id. at 350.

All of these cases now involve only state law claims by California citizens against a California public entity. All of the cases are far from trial – the earliest is set for June 21, 2016 and the latest for January 24, 2017. The only work that the Court has done on these cases is (repeatedly) to dismiss Plaintiffs' claims for intentional infliction of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

JS 6

emotional distress and, in some cases, to attempt to compel Plaintiffs' counsel to comply with the Court's orders. There is no reason for the Court to retain jurisdiction under these circumstances. The above cases are REMANDED to the Superior Court of California, County of Los Angeles.

   IT IS SO ORDERED.